

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-10-00442-CR

ALDO SERVIN JR.                                                          APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

------------

## FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant Aldo Servin, Jr. timely filed a motion for new trial and a notice of appeal from the trial court's September 15, 2010 judgment adjudicating guilt. The trial court subsequently timely granted Servin's motion for new trial. *See* Tex. R. App. P. 21.8(a). The granting of a motion for new trial restores the case to its original position in the trial court. *See* Tex. R. App. P. 21.9. Therefore, the

---

[1]*See* Tex. R. App. P. 47.4.

appeal has become moot, and on our own motion, we dismiss the appeal as moot. Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  December 23, 2010